■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. PEREZ, Appellant. (Appeal No. 2.) [11 NYS3d 499]—Appeal from an amended order of the Ontario County Court (Craig J. Doran, J.), dated December 19, 2013. The amended order directed defendant to pay certain restitution.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Perez* ([appeal No. 1] 130 AD3d 1496 [2015]). Present—Centra, J.P., Lindley, Sconiers, Whalen and DeJoseph, JJ.